UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ecoNugenics, Inc.,

    Plaintiff,

v.  Civil No. 17-5378 (JNE/DTS)

Bioenergy Life Science, Inc.,
Chengzhi Life Sciences Company,
Ltd., and Zhejiang Gold Kropn
Biotechnology Co., Ltd,

    Defendants.
_____

ecoNugenics, Inc.,

    Plaintiff,

v.  Civil No. 19-351 (ECT/ECW)

Bioenergy Life Science, Inc.,
Zhejiang Gold Kropn Biotechnology
Co., and Chengzhi Life Sciences
Company, Ltd.,

    Defendants.

---

### ORDER OF DIRECTION TO THE CLERK OF COURT
### FOR REASSIGNMENT OF RELATED CASE

    Case No. 17-cv-5378 (JNE/DTS) having been assigned to Judge Joan N. Ericksen and Case No. 19-cv-351 (ECT/ECW) having later been assigned to Judge Eric C. Tostrud, and said matters being related cases,

    **IT IS HEREBY ORDERED** that Case No. 19-cv-351 (ECT/ECW) be assigned to Judge Joan N. Ericksen and Magistrate Judge David T. Schultz, nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system.  The Clerk of

Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases order filed July 5, 2017.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: February 21, 2019

                                                s/ Joan N. Ericksen
                                                JOAN N. ERICKSEN
                                                United States District Judge

Dated: February 21, 2019

                                                s/ Eric C. Tostrud
                                                ERIC C. TOSTRUD
                                                United States District Judge